
**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **CLAUDE CASSIRER,**<br><br>Plaintiff - Appellee,<br><br>v.<br><br>**KINGDOM OF SPAIN, a foreign state,**<br><br>Defendant,<br><br>and<br><br>**THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,**<br><br>Defendant - Appellant. | No. 06-56325<br><br>D.C. No. CV-05-03459-GAF<br><br>**ORDER** |

| | |
|---|---|
| **CLAUDE CASSIRER,** | No. 06-56406 |
| Plaintiff - Appellee, | D.C. No. CV-05-03459-GAF |
| v. | |
| **KINGDOM OF SPAIN, a foreign state,** | |
| Defendant - Appellant, | |
| and | |
| **THYSSEN-BORNEMISZA COLLECTION FOUNDATION, an agency or instrumentality of the Kingdom of Spain,** | |
| Defendant. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.